315

No. 44321.—Protests 843749–G, etc., of Tucker & Goodheart (New York).

Opinion by BROWN, J.    It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).    The protests were therefore sustained.

No. 44322.—Protests 880171–G, etc., of Italian Felt & Straw Corp. et al. (New York).

Opinion by BROWN, J.    It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).    The protests were therefore sustained.

No. 44323.—Protests 887147–G(A), etc., of O. Yoshizawa Co. (New York).

Opinion by BROWN, J.    It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).    The protests were therefore sustained.

SEPTEMBER 11, 1940

No. 44324.—Suit 4257.— ▮▮▮▮ —*Steel, Inc.* v. *United States*. C. D. 131 affirmed.    C. A. D. 128.

No. 44325.—Suit 4311.— ▮▮▮▮ —*Semon Bache & Co.* v. *United States*. Reap. Dec. 4713 affirmed.    C. A. D. 140.

SEPTEMBER 12, 1940

No. 44326.—Suit 4173.— ▮▮▮▮ —*Geo. S. Bush & Co., Inc.* v. *United States*.    Reap. Dec. 4253 affirmed. C. A. D. 64 reversed 6/21/40 (not yet reported).

No. 44327.—Suit 4266.— ▮▮▮▮ *United States* v. *Elliot, Greene & Co. et al.*    Reap. Dec. 4571 affirmed. C. A. D. 141.

BEFORE THE THIRD DIVISION, SEPTEMBER 18, 1940

No. 44328.—Protest 17962–K of A. Diener & Co. (New York).

Opinion by KEEFE, J.    In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) it was held that duty should have been computed on the net weight of the cheese and the protest was sustained accordingly.